IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BILL DEMOUY,

    Plaintiff,

vs.    CASE NO. 5:09cv323/RS-AK

BAY COUNTY, FLORIDA; ED SMITH,
Individually and in his office capacity
as a state actor; and JERRY GIRVIN,
Individually,

    Defendants.
_____/

## ORDER

Before me is the Stipulation Of Dismissal With Prejudice (Doc. 38).

**IT IS ORDERED:**

1. This case is dismissed with prejudice.

2. The clerk is directed to close the file.

**ORDERED** on April 26, 2010.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**